| Reapp't. | Invoice description | Dutiable export value |
|---|---|---|
| 138361–A | Synth. Ruby rouge Friction Train Jewels: | |
| | 7,000 Fixed No. 21¼ Ø 200 Th. 33/37_____ | Appraised value plus one franc per 100 jewels. |
| | 8,000 Favor No. 10¼ Ø 100 " 18/22_____ | Appraised value plus one franc per 100 jewels. |
| | Synth. Ruby rose Endstones: | |
| | 8,000 Sappy Dia. 170/171 Th. 34/36_____ | Appraised value plus one-quarter franc per 100 jewels. |
| 138362–A | Synth. Ruby rouge *Friction Jewels:* | |
| | 1,500 pcs. Field No. 17¼ Ø 200 Th. 33/37_____ | Appraised value plus one franc per 100 jewels. |
| | 7,500 pcs. Fixed No. 21¼ Ø 200 Th. 33/37____ | Appraised value plus one franc per 100 jewels. |
| 138363–A | Synth. Ruby rose Endstones: | |
| | 10,000 pcs. Sappy Dia. 170/171 Thick 34/36__ | Appraised value plus one-quarter franc per .100 jewels. |
| | 20,000 Felon glaces rubis_____ | Appraised value plus 13 per cent. |
| | 20,000 Favor glaces rubis olives_____ | Appraised value plus 13 per cent. |
| 138365–A | Synth. Ruby rouge Friction Jewels: | |
| | 4,000 pcs. Favor No. 10¼ Ø 100 Th. 18/22____ | Appraised value plus one franc per 100 jewels. |
| | 3,000 pcs. Field No. 17¼ Ø 200 Th. 33/37__ __ | Appraised value plus one franc per 100 jewels. |
| | 4,500 Fixed No. 21¼ Ø 200 Th. 33/37_____ | Appraised value plus one franc per 100 jewels. |
| | Synth. Ruby rose Endstones: | |
| | 13,500 Pcs. Sappy Dia. 170/171 Thick. 34/36__ | Appraised value plus one-quarter franc per 100 jewels. |
| 138366–A | All invoice items_____ | Appraised values plus one-half franc per 100 jewels. |
| 138367–A | Synth. Ruby rouge Friction Train Jewels: | |
| | 9,000 pcs Favor No. 10¼ Ø 100 Th. 18/22_____ | Appraised value plus one franc per 100 jewels. |
| 138368–A | Synth. Ruby rouge Friction Train Jewels: | |
| | 3,000 pcs. Field No. 17¼ Ø 200 Th. 33/37_____ | Appraised value plus one franc per 100 jewels. |
| | 9,000 pcs. Fixed No. 21¼ Ø 200 Th. 33/37____ | Appraised value plus one franc per 100 jewels. |
| | 4,500 pcs. Favor No. 10¼ Ø 100 Th. 18/22____ | Appraised value plus one franc per 100 jewels. |
| | Synth. Ruby rouge Friction Center Jewels: | |
| | 2,000 Calve No. 51½ Ø 120 Th. 30/34_____ | Appraised value plus two francs per 100 jewels. |
| | Synth. Ruby rose Endstones: | |
| | 12,500 Sappy Dia. 170/171 Thick. 34/36_____ | Appraised value plus one-quarter franc per 100 jewels. |
| 138370–A | 10,000 Parch-Pardy_____ | Appraised value plus one-half franc per 100 jewels. |
| | 10,000 Panic-Parry_____ | Appraised value plus one-half franc per 100 jewels. |
| 138371–A | All invoice items_____ | Appraised values plus 13 per cent. |
| 138372–A | 10,000 Facer pierres rubis, olives_____ | Appraised value plus 13 per cent. |
| | 25,000 Felon pierres rubis_____ | Appraised value plus 13 per cent. |
| | 10,000 Favor pierres rubis, olives_____ | Appraised value plus 13 per cent. |

## AMERICAN METAL CO., LTD. *v.* UNITED STATES

**No. 5792.**—Invoice dated Kingston, Jamaica, November 29, 1941.
Entered at Perth Amboy, N. J., December 12, 1941.
Entry No. 464 P. A.

(Decided January 15, 1943)

Plaintiff not represented by counsel.

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the market value or price at or about the date of exportation of the involved merchandise, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included

in such price, the costs, charges, and expenses specified in section 402 (d) of the act of 1930, was, for 25 drums and 24 barrels of aluminum scrap, 5.36 cents per pound, packed, and that there was no higher foreign value therefor.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable export value of 25 drums and 24 barrels of aluminum scrap to be 5.36 cents per pound, packed. Judgment will be rendered accordingly.